

# U.S. District Court

## Pennsylvania Middle - Scranton

Receipt Date: Nov 3, 2022 3:45PM

DJC INDUSTRIES LLC
286 UPPER POWDERLY ST
CARBONDALE, PA 18407

Rcpt. No: 333101763                    Trans. Date: Nov 3, 2022 3:45PM                    Cashier ID: #EP

| CD  | Purpose                        | Case/Party/Defendant                                            | Qty | Price  | Amt    |
|-----|--------------------------------|-----------------------------------------------------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner | DPAM322CV001755<br>DPAM322CV001755<br>**FBO**: DAVID J CATANZARO | 1   | 402.00 | 402.00 |

| CD | Tender |      |           | Amt     |
|----|--------|------|-----------|---------|
| CH | Check  | #584 | 11/3/2022 | $402.00 |

|                       |         |
|-----------------------|---------|
| Total Due:            | $402.00 |
| Total Tendered:       | $402.00 |
| Total Cash Received:  | $0.00   |
| Cash Change Amount:   | $0.00   |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.