THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED SCRANTON
JAN 0 5 2023
PER_____
DEPUTY CLERK

| | |
|---|---|
| DAVID J. CATANZARO, | Case No. 3:22-cv-1755 |
| Plaintiff, | JUDGE MALACHY E. MANNION |
| VS. | |
| INNOVATION FIRST, INC.; and DOES 1 THROUGH 50 | JURY TRIAL DEMANDED |
| Defendant. | |

**MOTION OF DISMISSAL WITH PREJUDICE**

Plaintiff David J. Catanzaro hereby dismisses its complaint with prejudice, pursuant to Rule 41(a) of the rules of Civil Procedure, Defendant not having answered or otherwise appeared.

Respectfully submitted,

s/ David J. Catanzaro
David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com